# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Amel Dalluge

JUDGMENT IN A CIVIL CASE

v.

Maggie Miller-Stout

CASE NUMBER: CV-08-358-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition for Writ of Habeas Corpus is DISMISSED without prejudice for failure to exhaust state court remedies.

February 10, 2009　　　　　　　　　　　JAMES R. LARSEN
*Date*　　　　　　　　　　　　　　　　　　*Clerk*
　　　　　　　　　　　　　　　　　　　　s/ Vikki Johnson
　　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*
　　　　　　　　　　　　　　　　　　　　Vikki Johnson